**Walter W. Peebles, appellee, v. Stationers Engraving Company, appellant. Gen. No. 29,265.**

Action upon written contract for commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Asa G. Adams, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Will J. Bell and Jeffery, Campbell & Clark, for appellant; Stephen A. Cross, of counsel. John A. Irrmann, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**Eva Schneider et al., complainants and appellees, v. Herman Krueger et al., defendants. Bertha Krueger, appellant. Gen. No. 29,280.**

Bill to set aside quit-claim deed and subject property to deficiency decree. Decree granted. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924. Rehearing denied October 17, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Jacob L. Levy, for appellant; James M. Givin, of counsel. G. F. Lanaghen, Walter S. Hull and Christian C. H. Zillman, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

**Rudolph K. Cyze, plaintiff and appellee, v. Homemade Sausage Company, defendant. H. M. Sausage Company, formerly Home Made Sausage Company, appellant. Gen. No. 29,299.**

Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. R. Prichard, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed October 7, 1924.

Charles A. Williams and Harry S. Ditchburne, for appellant. George B. Cohen and Abraham H. Cohen, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

**William H. G. Logan, appellee, v. Henry Dusing, appellant. Gen. No. 29,308.**

Action on contract for medical services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Jos. W. Schulman, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed October 7, 1924.

Daniel Riley McMaster, for appellant. Leo L. Weil, for appellee.

Mr. Justice Gridley delivered the opinion of the court.